# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS
HONORABLE JUAN M. PEREZ-GIMENEZ               Date: August 7, 2015
COURTROOM DEPUTY: Omar Flaquer-Mendoza        CR NO: 07-318-15 (PG)
COURT REPORTER: Cindy Brown
COURT INTERPRETER: Sonia Crescioni             USPO Guillermo Arbona

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | Dina Avila-Jimenez |
| v. | |
| ALEX FLORES-RIVERA | AFPD Jesus A. Hernandez-Garcia |

The defendant was present in court, under the custody of the U.S. Marshals.

CASE CALLED FOR REVOCATION. In this case motion was filed by the United States Probation Officer at docket no. 3277. The United States will be requesting the Court to issue warrant for arrest for those witnesses who failed to appear at today's proceedings notwithstanding were ordered by the Court. Counsel for the defendant requested continuance of today's proceedings. The request was denied.

Testimony on behalf of the United States by Alexander Reyes-Flores. After the testimony, the Court made a ruling that the defendant violated the mandatory supervised release term as stated in the motion filed by the U.S. Probation Office at docket no. 3277 filed on March 16, 2015.

**IMPRISONMENT IMPOSED: Thirty-Six (36) months.**

**SUPERVISED RELEASE TERM IMPOSED: Four (4) years.**

All terms and conditions are specified in the judgment form. The defendant was advised of his right to appeal, etc.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk

Governments' Exhibits 1-6 admitted.